**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                        Civil Action No.  3:14-cv-03986-JAP-DEA

JOHN DOE, subscriber assigned IP address 68.83.24.2,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 68.83.24.2.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 1, 2014

                                        Respectfully submitted,

                                        By:  /s/ *Patrick J. Cerillo*
                                        Patrick J. Cerillo
                                        pjcerillolaw@comcast.net
                                        4 Walter Foran Blvd.
                                        Suite 402
                                        Flemington, NJ 08822
                                        Telephone:  (908) 284-0997
                                        Facsimile:  (908) 284-0915
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Patrick J. Cerillo*_____
           Patrick J. Cerillo